# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DONNA L. MEANOR, AS EXECUTOR OF THE ESTATE OF ROBERT WAGNER, SR., DECEASED; FAIRMAN DRILLING COMPANY; ALAN R. FAIRMAN; SANDRA R. FAIRMAN; RONALD R. FAIRMAN; BEVERLY A. FAIRMAN; RICHARD M. FAIRMAN; GARY D. FAIRMAN; FRANK G. FAIRMAN;TERRY L. FAIRMAN; WILLIAM WOOD AND BETTY WOOD, HIS WIFE; DOLORES M. WAGNER; DOLORES J. WAGNER; COUNTY-WIDE REAL ESTATE COMPANY, INC.; B. LEONARD BRODY; PATRICK F. MCCARTHY; E. JAMES TRIMARCHI; DAVID R. TOMB; WAGNER AND WAGNER; JAMES CARSON AND SUSAN CARSON, HIS WIFE,

Respondents

v.

PEOPLES NATURAL GAS COMPANY, LLC, AS SUCCESSOR BY MERGER TO EQUITABLE GAS COMPANY, A DIVISION OF THE FORMER EQUITABLE RESOURCES, INC.,

Petitioner

No. 130 WAL 2019

Petition for Allowance of Appeal from the Order of the Superior Court

DONNA L. MEANOR, AS EXECUTOR OF THE ESTATE OF ROBERT WAGNER, SR., DECEASED; FAIRMAN DRILLING COMPANY; ALAN R. FAIRMAN; SANDRA R. FAIRMAN; RONALD R. FAIRMAN; BEVERLY A. FAIRMAN; RICHARD M. FAIRMAN; GARY D. FAIRMAN; FRANK G. FAIRMAN;TERRY L. FAIRMAN; WILLIAM WOOD AND BETTY WOOD, HIS WIFE; DOLORES M. WAGNER;

No. 131 WAL 2019

Petition for Allowance of Appeal from the Order of the Superior Court

DOLORES J. WAGNER; COUNTY-WIDE : 
REAL ESTATE COMPANY, INC.; B. : 
LEONARD BRODY; PATRICK F. : 
MCCARTHY; E. JAMES TRIMARCHI; : 
DAVID R. TOMB; WAGNER AND : 
WAGNER; JAMES CARSON AND SUSAN : 
CARSON, HIS WIFE, : 
    : 
       Respondents : 
    : 
    : 
     v. : 
    : 
    : 
PEOPLES NATURAL GAS COMPANY, : 
LLC, SUCCESSOR BY MERGER TO : 
EQUITABLE GAS COMPANY, LLC F/K/A : 
EQUITABLE GAS COMPANY, A : 
DIVISION OF THE FORMER EQUITABLE : 
RESOURCES, INC., : 
    : 
       Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.